CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 27 2009

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JUSTIN MURPHY, ) | |
| Plaintiff, ) | Civil Action No. 7:09cv00059 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| SHERIFF DON FARLEY, ) | By: Samuel G. Wilson |
| Defendant. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1), his motion to proceed in forma pauperis is hereby **DENIED** as **MOOT**, and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This 27th day of February, 2009.

_____
United States District Judge